VICTIM

## CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jeffery Gladney**<br>DOB: 1967, United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-00441MJ |

Complaint for violation of Title 18, United States Code §§ 115(a)(1)(B) and 115(b)(4)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about July 9, 2020, in the District of Arizona, **Jeffery Gladney** did threaten to assault or murder a Social Security Administration judge, C.D., with intent to impede, intimidate, and interfere with said judge, while the judge was engaged in the performance of their official duties, and with intent to retaliate against said judge, on account of the performance of their official duties; in violation of Title 18, United States Code, §§ 115(a)(1)(B) and 115(b)(4).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On July 9, 2020, **Jeffery Gladney (GLADNEY)** left several voicemails on the voicemail of his attorney's office, threatening the United States Social Security Administration (SSA) Administrative Law Judge assigned to **GLADNEY's** case, C.D. (VICTIM). The legal assistant forwarded these messages to the SSA, who then forwarded the information to the VICTIM. **GLADNEY** left several voicemails, all threatening to assault and kill the VICTIM, demanding his benefits be approved immediately by the VICTIM, and instructing the legal assistant to relay these messages to the VICTIM. **GLADNEY** specifically told the assistant to tell the VICTIM that he (**GLADNEY**) is with the "Hell's Angels," and that "you fuck my pay, [VICTIM'S NAME REDACTED] fuckin dies." On another voicemail, **GLADNEY** specifically stated to tell the VICTIM that "he better hire five goddamn federal Marshals to walk him to his car," and that this is a credible threat "to a federal fucking judge," from **GLADNEY**. On a separate voicemail, **GLADNEY** specifically stated to tell the VICTIM that he (**GLADNEY**) is "gonna cut his [VICTIM'S] goddamn tongue out his fuckin head now... I know where federal courthouse is in Tucson, you tell him he better hire him a goddamn escort." On yet another voicemail, **GLADNEY** specifically stated to tell the VICTIM that "when I find the parking lot [unintelligible] it's actually at east Broadway, he parks his car, you tell him I'm gonna meet him there and he ain't going home that night, he's going to the hospital. You tell him I'll beat the goddamn teeth out of his goddamn head honey [referring to the legal assistant], you tell him that." On one last voicemail, **GLADNEY** stated, "I don't wanna kill the Judge [VICTIM], I just wanna cut him up [unintelligible] and tape his tongue to his ass."

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Adam D. Rossi<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>Special Agent Michael R. Lum,<br>Federal Protective Service |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE | DATE<br>July 24, 2020 |

1) See Federal rules of Criminal Procedure Rules 3 and 54

Copy to USM + AUSA

Copies Distributed